# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |
|---|---|
| JENNIFER WALKER, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Case No. 1:26-cv-516-PTG-WEF |
| v. | |
| LEIDOS, INC. and the EMPLOYEE BENEFITS COMMITTEE OF LEIDOS, INC., | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT

Defendants Leidos, Inc., and the Employee Benefits Committee of Leidos, Inc. (collectively, "Defendants"), by and through counsel, move to dismiss Plaintiff's First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that this Court lacks subject matter jurisdiction and on the grounds that Plaintiff has failed to state a claim upon which relief can be granted.  In support, Defendants respectfully refer this Court to the accompanying Memorandum.

Dated: March 19, 2026

Respectfully submitted,

By: */s/ Sarah M. Adams*
Sarah M. Adams (VSB # 66101)
Kara Petteway Wheatley*
Richard Smith, Jr.*
Daniel J. Cohen*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6339
Fax: 202-659-4503
sadams@groom.com
kwheatley@groom.com

1

rsmithjr@groom.com
dcohen@groom.com

*Counsel for Defendants*

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I electronically filed the attached document with the

Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of

record:

By: */s/ Sarah M. Adams*
Sarah M. Adams (VSB # 66101)